**Order entered February 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01358-CV

### IN RE JEFFREY BARON, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-11915**

## ORDER

Before Justices Lang, Brown, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/    ADA BROWN
        JUSTICE